UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN NOLLY, an individual, and OLD FACTORY FILMS, LLC, a Colorado limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLE SILVA, an individual,<br><br>Defendant. | CV 16-5663 PA (SSx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's September 13, 2017 Minute Order granting the Motion for Default Judgment filed by plaintiffs Stephen Nolly and Old Factory Films, LLC ("Plaintiffs") against defendant Nicole Silva ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs shall recover from Defendant damages in the amount of $14,640.00 (consisting of $2,250.00 in statutory damages for copyright infringement and $12,390.00 in contract damages);

2. Plaintiffs shall recover from Defendant attorneys' fees in the amount of $425.00;

3. Plaintiffs shall recover from Defendant their costs of suit; and

4. It is further ORDERED, ADJUDGED, and DECREED that Defendant is permanently restrained, enjoined, and prohibited from distributing, publishing, displaying, or otherwise infringing the copyrights for the images of "Into the Light," Registration Number VAu001261904, "Fishmouth Bag," Registration Number VAu001261538, and "Winter White Shoes and Bag," Registration Number VAu001261539, without the consent of Plaintiffs.

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: September 13, 2017

Percy Anderson
UNITED STATES DISTRICT JUDGE